JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY CITY OUTPATIENT SURGERY CENTER,<br>Plaintiff,<br>v.<br>MERITAIN HEALTH, and DOES 1-10,<br>Defendants. | Case No. 2:26-cv-06118-AB-DMKx<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **45 days** upon good cause shown if the settlement is not completed.

Dated: September 15, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE